```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 43507
   SIXTO BUADO
   GLORINA BUADO                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK
            Debtor
   SSN XXX-XX-3351     SSN XXX-XX-3903
```

---
TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 11/23/04 and confirmed on 05/05/05.

2. The case was dismissed after confirmation, 10/05/2007.

3. The Debtor paid a total of $ 27000.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TCF NATIONAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| TCF NATIONAL BANK | MORTGAGE ARRE | 5380.00 | .00 | 4011.38 |
| TCF NATIONAL BANK | SECURED | 5950.00 | .00 | 5950.00 |
| CHASE AUTO FINANCE CORP | SECURED | 16963.27 | 1996.87 | 12242.64 |
| DAVID T COHEN & ASSOC | NOTICE ONLY | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 4122.90 | .00 | .00 |
| ECMC | UNSECURED | 29396.13 | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 5506.51 | .00 | .00 |
| ASPIRE VISA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| LAKEWOOD VALLEY HOA | UNSECURED | NOT FILED | .00 | .00 |
| MITSUBISHI MOTOR CRED OF | FILED LATE | .00 | .00 | .00 |
| AMERICAS FINANCIAL CHOIC | UNSECURED | NOT FILED | .00 | .00 |
| B FIRST LLC | UNSECURED | 714.74 | .00 | .00 |
| T MOBILE | UNSECURED | 566.15 | .00 | .00 |
| WALMART | UNSECURED | NOT FILED | .00 | .00 |
| WILL COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| TCF NATIONAL BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 893.00 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 28293.27 | .00 | 41199.43 | .00 | 69492.70 |
| PRINCIPAL PAID | 22204.02 | .00 | .00 | .00 | 22204.02 |
| INTEREST PAID | 1996.87 | .00 | .00 | .00 | 1996.87 |

```
TOTAL PAID               24200.89            .00          .00          .00      24200.89
```

The Debtor's attorney, LEGAL HELPERS PC                 , was allowed $   2200.00
and was paid $    500.00   direct and $   1700.00   through the plan.

The Trustee received $   1099.11 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/10/08                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE